# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2020

*The Court of Appeals hereby passes the following order:*

**A20A2073. TEAUNTO L. POLK v. THE STATE.**

Teaunto Polk appeals the trial court's order denying his motion to correct a clerical error, in which he alleged that he had not received credit for time he served in confinement. The proper method for challenging credit for time served is through a mandamus action against prison officials. See *Warbington v. State*, 303 Ga. 649, 651 (814 SE2d 351) (2018). Such a motion filed in a criminal case is a nullity, which presents nothing to appeal. See id. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/24/2020*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*